in the United States district Court
for the middle district Court of PA

Coit

v.

Wynder et al

1:23-cv-1277

Jury demand

FILED
SCRANTON
JAN 08/2024
PER_____
DEPUTY CLERK

## Affidavit of Kevin Coit

Kevin Coit states:

I am the plaintiff in this case. I make this affidavit in support of my motion in opposition to defendants motion to dismiss. Plaintiff received this motion to dismiss almost 3 months after defendants filed it with the Courts prior to receiving defendants motion to dismiss plaintiff was denied pens, paper, mail, and basically any and all outside communications prompting plaintiff to use non-legal aide inmates to assist in trying to write the Courts, filing grievances etc. See exhibits inmate grievances and request slips were @ Sci-Rockview administators admit to denying plaintiff pens, papers, and mail because plaintiff has mental health issues and the response was well stop having mental health problems and you can get pens, papers and mail plaintiff begs the Court to pardon his lateness in the opposition and still consider plaintiff's motion in addition Sci Rockview staff are hindering plaintiff's ability further by hiding his mail often times losing the mail or Blaintly Just not processing plaintiff's mail to include letters to the Courts grievance appeals, letters to attorney's, and letters to the department of Justice

Affidavit Pg 2

which led to plaintiff having a inmate worker submit multiple grievances for plaintiff and this only led to further retaliation and prompted SCI Rockview to place plaintiff on grievance restriction preventing plaintiff from filing grievances for plaintiff issues to be heard by administrators or to obtain any relief. as of date of this affidavit plaintiff has filed dozens of grievances and request slips about staff at SCI Rockview denying plaintiff legal work, theft of plaintiff legal materials, denial of plaintiff property, and even of staff admiting to plaintiff that they have either testified before a judge or jury about witholding prisoners mail or telling plaintiff they have thrown plaintiff mail away plaintiff has made verbal complaints, written complaints, and even had staff send emails in regards to these denials and it goes unaswered plaintiff is going above and beyond all doc expectations in these regards.

for the above reasons plaintiff request the court allows this opposition to proceed

Kevin Grit KN2601

Box A Bellefonte PA 16823

IN THE COMMONWEALTH COURT OF PENNSYLVANIA
Middle DISTRICT

kevin coit                          ,        : NO: 1:22-cv-1277

                    PLAINTIFF       :

        VS.                         :

N. Wynder et Al        ,            :
                    RESPONDENT      :

### VERIFICATION

The facts set forth in the foregoing are true and correct to the best of the undersigned's knowledge, information, and belief and are verified subject to the penalties for unsworn falsification to authorities under Pennsylvania Crimes Code 4904 (18 Pa.C.S.A. § 4904).

No Notary
Required

Date: 12-24, 2023

Respectfully Submitted,

_____
(signature)

Kevin Coit
(print name)

Pro Se, Petitioner
S.C.I. Rockview, # KX2601
1 Rockview Place, Box A
Bellefonte, PA 16823-0820

_Clerk of Courts_
_2_
_P.O Box 1148_
_Scranton, PA 18501_

Service by _____ Mail:
         (First Class/ Certified)

Service by _____ Mail:
         (First Class/ Certified)

Service by _____ Mail:
         (First Class/ Certified)

Service by _____ Mail:
         (First Class/ Certified)

Respectfully Submitted,

Date: _____,

_____
(signature)

_____
(print name)

Pro Se, Petitioner



INMATE MAIL
PA DPT OF
CORRECTIONS

Kevin C.+ KN2661
Box A RockView
Bellefonte PA 16823

Clerk of Courts
235 N Washington Ave
P.O Box 1148
Scranton PA 18501-1148

RECEIVED
SCRANTON
JAN 08 2024
PER DJ
DEPUTY CLERK